759 A.2d 1222

IN THE MATTER OF JEFFREY MARC SPIEGEL,
AN ATTORNEY AT LAW.

October 20, 2000.

## ORDER

**JEFFREY MARC SPIEGEL** of **WARWICK, NEW YORK,** who was admitted to the bar of this State in 1992, having pleaded guilty to violation of the General Business Law Section 352–C(5), a class E felony under New York State law, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **JEFFREY MARC SPIEGEL** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **JEFFREY MARC SPIEGEL** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **JEFFREY MARC SPIEGEL** comply with *Rule* 1:20–20 dealing with suspended attorneys.